2013–1470.   State ex rel. Sierra Club v. Ohio Dept. of Natural Resources.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS
*January 8, 2014*

[Cite as *01/08/2014 Case Announcements*, 2014-Ohio-16.]

### MOTION AND PROCEDURAL RULINGS

2013–1913.   Calvary SPV I, L.L.C. v. Gabelman.
Licking App. No. 13–CA–15, 2013-Ohio-4663. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellants' motion to strike and replace the pleading of Connie M. Gabelman and Mark J. Gabelman, it is ordered by the court that the motion is granted. The clerk's office shall replace the December 5, 2013 memorandum in support of jurisdiction with the version attached to the motion to strike.

### DISCIPLINARY CASES

2013–0999.   Disciplinary Counsel v. Deters.
This cause is pending before the court upon the filing by relator, disciplinary counsel, of a certified copy of the May 23, 2013 order of the Supreme Court of Kentucky suspending respondent, Eric Charles Deters, from the practice of law for 60 days. On November 27, 2013, respondent filed a response to this court's order to show cause. On December 20, 2013, relator filed a motion for leave to file a reply to respondent's response.

Upon consideration thereof, relator's motion is granted. Relator may file a reply brief to respondent's response within 15 days of the date of this order.

## CASE ANNOUNCEMENTS
*January 9, 2014*

[Cite as *01/09/2014 Case Announcements*, 2014-Ohio-22.]

### MOTION AND PROCEDURAL RULINGS

2013–1918.   Dayton v. CSX Transp., Inc.
Lucas App. No. L–12–1038, 2013-Ohio-3845. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Michael T. Blotevogel, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

It is further ordered that counsel shall file a notice in this case, which has attached to it an unexpired certificate of pro hac vice registration, within 30 days of the date of this order. Failure to file the notice within 30 days shall result in automatic revocation of the pro hac vice status.